UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

43394
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Nissan Motor Acceptance Corporation

Order Filed on February 1, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MARCIA NORINE BROWN-ROSE

Case No.: 16-13668

Adv. No.:

Hearing Date: 1-12-17

Judge:  JKS

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

**Marcia Norine Brown-Rose**
**16-13668(JKS)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Nissan Motor Acceptance Corporation, with the appearance of David Beslow, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Nissan Motor Acceptance Corporation is the holder of a first purchase money security interest encumbering a 2012 NISSAN ROGUE bearing vehicle identification number JN8AS5MV7CW361829 (hereinafter the "vehicle").

2. The debtor shall make all retail installment contract payments to Nissan Motor Acceptance Corporation when due, being the 11th day of each month starting with the 1-11-17 payment. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Nissan Motor Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Nissan Motor Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney.

4. The debtor shall pay to Nissan Motor Acceptance Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.