UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Marcia Norine Brown-Rose

Case No.: 16-13668
Chapter: 13
Judge: JKS

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Marcia Norine Brown-Rose__, __the debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Court House Federal Building
50 Walnut Street, 3rd Fl
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____
on _____ at _____ a.m. at the United States Bankruptcy Court, courtroom no. _____, _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Settlement of Personal Injury action

Pertinent terms of settlement:
Settled for $20,000. Debtor to receive $7,388.43, counsel fees of $5,694.22 and cost and expenses of $6,917.35.

Objections must be served on, and requests for additional information directed to:

Name: Goldman and Beslow, LLC

Address: 7 Glenwood Avenue, Suite 311B, East Orange, NJ 07017

Telephone No.: 973-677-9000

*rev.8/1/15*

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                       Case No. 16-13668-JKS
Marcia Norine Brown-Rose                                     Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Dec 22, 2017
                              Form ID: pdf905          Total Noticed: 101


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db             +Marcia Norine Brown-Rose,    33 Beech STreet,    East Orange, NJ 07018-3003
aty            +Martin F Kronberg,   2401 Morris Avenue,    Union, NJ 07083-5745
516026684     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
516026687      +Amex,   Po Box 8218,   Mason, OH 45040-8218
516026685      +Amex,   Correspondence,   Po Box 981540,   ElPaso, TX 79998-1540
516026686      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516026688      +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
516026689     #+Bank od America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516026690      +Bank od America,   450 American St,   Simi Valley, CA 93065-6285
516026724     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Card,     Processing Center,   Des Moines, IA 50364)
516026693      +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516026692      +Chase Card Services,   Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
516026697      +Citibank / Sears,   Po Box 6283,   Sioux Falls, SD 57117-6283
516026696      +Citibank / Sears,   Po Box 6282,   Sioux Falls, SD 57117-6282
516026694      +Citibank / Sears,   Citicard Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516026695      +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516026699      +Citibank Sears,   Po Box 6189,   Sioux Falls, SD 57117-6189
516026698      +Citibank Sears,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516026701      +Citibank/Best Buy,   Po Box 6241,   Sioux Falls, SD 57117-6241
516026700      +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
516026703      +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
516026702      +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516026705      +Comenity Bank / Lane Bryant,   Po Box 182789,   Columbus, OH 43218-2789
516026704      +Comenity Bank / Lane Bryant,   Po Box 182125,   Columbus, OH 43218-2125
516026707      +Comenity Bank/Jessica London,   Po Box 182125,   Columbus, OH 43218-2125
516026708      +Comenity Bank/Jessica London,   4590 E Broad St,   Columbus, OH 43213-1301
516026709      +Comenity Bank/King Sizes,   Po Box 182125,   Columbus, OH 43218-2125
516026710      +Comenity Bank/King Sizes,   4590 E Broad St,   Columbus, OH 43213-1301
516026714      +Comenity Bank/Metro,   Po Box 182789,   Columbus, OH 43218-2789
516026713      +Comenity Bank/Metro,   Po Box 182125,   Columbus, OH 43218-2125
516026716      +Comenity Bank/Roamans,   Po Box 182789,   Columbus, OH 43218-2789
516026715      +Comenity Bank/Roamans,   Po Box 182125,   Columbus, OH 43218-2125
516026711      +Comenity Bank/mandee,   Po Box 182125,   Columbus, OH 43218-2125
516026712      +Comenity Bank/mandee,   995 W 122nd Ave,   Westminster, CO 80234-3417
516026718      +Comenity Bank/vctrssec,   Po Box 182789,   Columbus, OH 43218-2789
516026717      +Comenity Bank/vctrssec,   Po Box 182125,   Columbus, OH 43218-2125
516026722      +First Data,   265 Broad Hollow R,   Melville, NY 11747-4833
516026721      +First Data,   1307 Walt Whitman Rd,   Melville, NY 11747-4819
516026723      +Hme Depot Credit Services,   P.O. Box 9001010,   Louisville, KY 40290-1010
516026725      +Hsbc/seamn,   Attention: HSBC Retail Services,    Po Box 5264,   Carol Stream, IL 60197-5264
516026726      +Hsbc/seamn,   90 Christiana Road,   New Castle, DE 19720-3118
516026733       M&t Credit Services Ll,   1100 Worley Drive,   Consumer Asset Management 2nd Floor/Attn,
                 Williamsville, NY 14221
516143805      +Maritza Luciano & Alberto Rodriguez,    c/o Mark Gelfand Esq,    343 Thornaill St., STe 650,
                 Edison NJ 08837-2258
516026735     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court: Nissan Motor acceptance,     8900 Freeport Pwy,   Irving, TX 75063)
516042108       Nissan Motor Acceptance Corporation,    PO Box 660366 Dallas TX 75266-0366
516026737      +Nissan Motor acceptance,   Po Box 660360,   Dallas, TX 75266-0360
516265309      +PNC BANK, N.A.,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
516026739      +PNC Bank,   P.O. Box 856177,   Louisville, KY 40285-6177
516026738      +Pnc Bank,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
516026740      +Pnc Bank, N.a.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
516026744      +Saxon Mortgage Service,   4708 Mercantile Dr N,   Fort Worth, TX 76137-3605
516026745       Silhouettes,   Alliance Data,   8035 Corvera,   Lenexa, KS 66215
516026746      +Silhouettes,   Po Box 182789,   Columbus, OH 43218-2789
516026758      +Synchrony Bank/GE Money,   345 Saint Peter St,   Saint Paul, MN 55102-1211
516026757       Synchrony Bank/GE Money,   Attn: Bankruptcy,   Po Box 103104,   Alpharetta, GA 30005
516026768      +The Home Depot/CBND,   Po Box 6497,   Sioux Falls, SD 57117-6497
516026767      +The Home Depot/CBND,   Citicorp credit Services/Attn: Centraliz,    P.O. Box  790040,
                 St Louis, MO 63179-0040
516026770      +Trident Asset Management,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2287
516026769      +Trident Asset Management,   Po Box 888424,   Atlanta, GA 30356-0424
516026772      +Visa Dept Store National Bank,   Po Box 8218,   Mason, OH 45040-8218
516026771      +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516026774      +World Financial Network National Bank,    Po Box 182789,   Columbus, OH 43218-2789
```

```
District/off: 0312-2          User: admin              Page 2 of 3                  Date Rcvd: Dec 22, 2017
                              Form ID: pdf905          Total Noticed: 101


516026773     +World Financial Network National Bank,    Wfnnb,    Po Box 182686,    Columbus, OH 43218-2686

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2017 22:15:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2017 22:15:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516026683       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 22 2017 22:15:52      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
516026719      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 22 2017 22:16:31       Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
516026720      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 22 2017 22:16:31       Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
516026727      +E-mail/Text: EBN_Notifications@OWB.com Dec 22 2017 22:15:37      IndyMac Bank/OneWest Bank,
                 Attn:Bankruptcy Department,    2900 Esperanza Crossing,    Austin, TX 78758-3658
516026728      +E-mail/Text: EBN_Notifications@OWB.com Dec 22 2017 22:15:37      IndyMac Bank/OneWest Bank,
                 6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
516026730      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 22 2017 22:15:07       Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
516026729      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 22 2017 22:15:07       Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516073927       E-mail/Text: camanagement@mtb.com Dec 22 2017 22:15:29      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
516026732       E-mail/Text: camanagement@mtb.com Dec 22 2017 22:15:29      M & T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14240
516026731       E-mail/Text: camanagement@mtb.com Dec 22 2017 22:15:29      M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
516394830       E-mail/Text: camanagement@mtb.com Dec 22 2017 22:15:29      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516026734      +E-mail/Text: camanagement@mtb.com Dec 22 2017 22:15:29      M&t Credit Services Ll,
                 1 Fountain Plz Fl 4,    Buffalo, NY 14203-1420
516173758      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 22 2017 22:15:40      Midland Funding, LLC,
                 P.O. Box 2011,    Warren, MI 48090-2011
516270363       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 22:29:34
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516026743      +E-mail/Text: bankruptcy@pseg.com Dec 22 2017 22:15:00      PSE & G,   P.O. Box 490,
                 Cranford, NJ 07016-0490
516026741      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:40      Project/gemb,    Po Box 103104,
                 Roswell, GA 30076-9104
516026742      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:28      Project/gemb,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
516200545       E-mail/Text: bnc-quantum@quantum3group.com Dec 22 2017 22:15:36
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
516026748      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:14      Syncb/toysrus,    Po Box 965005,
                 Orlando, FL 32896-5005
516026747      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:14      Syncb/toysrus,    Attn: Bankrupty,
                 Po Box 103104,    Roswell, GA 30076-9104
516026750      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:28      Synchrony Bank / HH Gregg,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516026749      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:40      Synchrony Bank / HH Gregg,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516026751      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:40      Synchrony Bank/ JC Penneys,
                 Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
516026752      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:14      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
516026754      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:14      Synchrony Bank/6th Ave Elec,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516026753      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:28      Synchrony Bank/6th Ave Elec,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516026755      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/Care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516026756      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516026760      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/Home Design,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516026759      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:40      Synchrony Bank/Home Design,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516026761      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:28      Synchrony Bank/PC Richard,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516026762      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:28      Synchrony Bank/PC Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516026764      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:28      Synchrony Bank/PC Richards & Sons,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516026763      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/PC Richards & Sons,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516026765      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:40      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516026766      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2017 22:17:15      Synchrony Bank/TJX,
                 Po Box 965015,    Orlando, FL 32896-5015
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Dec 22, 2017
                              Form ID: pdf905          Total Noticed: 101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                          TOTAL: 38
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516026691       Cap1/bstby
516026706       Comenity Bank/brylnhme
cr*             Nissan Motor Acceptance Corp.,   PO Box 660366,   Dallas, TX  75266-0366
cr*            +Nissan Motor Acceptance Corporation,   PO Box 660366,   Dallas, TX 75266-0366
516026736*    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court: Nissan Motor acceptance,   Po Box 9001132,   Louisville, KY 40290)
                                                                           TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corp.
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Debtor Marcia Norine Brown-Rose yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                           TOTAL: 6
```