Order Filed on January 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor, Marcia Norine Brown-Rose

| | |
|---|---|
| In Re:<br><br>**MARCIA NORINE BROWN-ROSE**<br><br>Debtor | Case No. 16-13668/JKS<br><br>Chapter   13<br><br>Hearing Date:<br><br>Judge: John K. Sherwood |

**ORDER APPROVING SETTLEMENT NUNC PRO TUNC AND TO PERMIT DISTRIBUTION OF PROCEEDS**

The relief set forth on the following pages number two (2) through two (2) hereby ORDERED

**DATED: January 16, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:     2
Debtor:   Marcia Norine Brown-Rose
Case No.: 16-13668/JKS-Chapter 13
Caption:  Order Approving Settlement Nunc Pro Tunc and to Permit Distribution of Proceeds

---

THIS MATTER being opened to the Court by Mark Goldman, Esq., attorney for the debtor, Marcia Norine Brown-Rose and this Court having considered the argument of counsel and good cause appearing, and there being no opposition.

**IT IS HEREBY,**

**ORDERED**, that the settlement in the amount of $20,000 is hereby approved nunc pro tunc and it is further;

**ORDERED**, that payment of counsel fees of $5,694.22 and costs & expenses of $6,917.35 shall be paid from the proceeds of the settlement to Martin F. Kronberg, Esq., and it is further;

**ORDERED**, that a payment of $7,388.43 from the settlement shall be paid directly to the debtor, Marcia Norine Brown-Rose.