Order Filed on January 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor, Marcia Norine Brown-Rose

In Re:

**MARCIA NORINE BROWN-ROSE**

Debtor

Case No. 16-13668/JKS

Chapter   13

Hearing Date:

Judge: John K. Sherwood

## ORDER APPROVING SETTLEMENT NUNC PRO TUNC AND TO PERMIT DISTRIBUTION OF PROCEEDS

The relief set forth on the following pages number two (2) through two (2) hereby ORDERED

**DATED: January 16, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor: Marcia Norine Brown-Rose
Case No.: 16-13668/JKS-Chapter 13
Caption: Order Approving Settlement Nunc Pro Tunc and to Permit Distribution of Proceeds

---

THIS MATTER being opened to the Court by Mark Goldman, Esq., attorney for the debtor, Marcia Norine Brown-Rose and this Court having considered the argument of counsel and good cause appearing, and there being no opposition.

**IT IS HEREBY,**

**ORDERED**, that the settlement in the amount of $20,000 is hereby approved nunc pro tunc and it is further;

**ORDERED**, that payment of counsel fees of $5,694.22 and costs & expenses of $6,917.35 shall be paid from the proceeds of the settlement to Martin F. Kronberg, Esq., and it is further;

**ORDERED**, that a payment of $7,388.43 from the settlement shall be paid directly to the debtor, Marcia Norine Brown-Rose.

United States Bankruptcy Court
District of New Jersey

In re:  
Marcia Norine Brown-Rose  
      Debtor

Case No. 16-13668-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 17, 2018  
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.  
db           +Marcia Norine Brown-Rose,    33 Beech STreet,    East Orange, NJ 07018-3003  
aty          +Martin F Kronberg,    2401 Morris Avenue,    Union, NJ 07083-5745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:

       Brian C. Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC  
        bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corp. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Mark Goldman    on behalf of Debtor Marcia Norine Brown-Rose yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
       Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com  
                                                                                                                  TOTAL: 7