UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, NJ 07017
(973) 677-9000

Mark Goldman, Esq. # MG8019
Attorney for Debtor(s)

Order Filed on January 31, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

MARCIA NORINE BROWN-ROSE

Case No.: 16-13668
Chapter: 13
Judge: JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: January 31, 2018

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Goldman & Beslow, LLC _____, the applicant, is allowed a fee of $ _____ 699.35 _____ for services rendered and expenses in the amount of $_____ for a total of $_____ 699.35 _____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Marcia Norine Brown-Rose  
    Debtor

Case No. 16-13668-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 1   Date Rcvd: Jan 31, 2018  
                Form ID: pdf903   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.  
db         +Marcia Norine Brown-Rose,   33 Beech STreet,   East Orange, NJ 07018-3003  
aty       +Martin F Kronberg,   2401 Morris Avenue,   Union, NJ 07083-5745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:  
      Brian C. Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC  
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation  
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
      John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corp.  
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Mark Goldman    on behalf of Debtor Marcia Norine Brown-Rose yrodriguez@goldmanlaw.org,  
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
      Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com  
                                                                                                                                   TOTAL: 7