Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−13668−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marcia Norine Brown−Rose
   33 Beech STreet
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−7211

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after June 4, 2021 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: May 5, 2021
JAN: wdh

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-13668-JKS
Marcia Norine Brown-Rose  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: May 05, 2021  Form ID: clsnodsc  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia Norine Brown-Rose, 33 Beech STreet, East Orange, NJ 07018-3003 |
| aty | + | Martin F Kronberg, 2401 Morris Avenue, Union, NJ 07083-5745 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

John R. Morton, Jr.
    on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Nissan Motor Acceptance Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor Lakeview Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Mark Goldman
    on behalf of Debtor Marcia Norine Brown-Rose yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz
    on behalf of Creditor Lakeview Loan Servicing  LLC rsolarz@kmllawgroup.com

TOTAL: 8