**Information to identify the case:**

| Debtor 1 | Marcia Norine Brown-Rose | Social Security number or ITIN | xxx-xx-7211 |
| | First Name  Middle Name  Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | ____ |
| | | EIN | __-_____ |

United States Bankruptcy Court  District of New Jersey

Case number: 16-13668-JKS

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marcia Norine Brown-Rose

<u>6/7/21</u>

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 16-13668-JKS

Marcia Norine Brown-Rose                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jun 07, 2021 | Form ID: 3180W | Total Noticed: 100 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcia Norine Brown-Rose, 33 Beech STreet, East Orange, NJ 07018-3003 |
| aty | + | Martin F Kronberg, 2401 Morris Avenue, Union, NJ 07083-5745 |
| 516026687 | #+ | Amex, Po Box 8218, Mason, OH 45040-8218 |
| 516026722 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 516026723 | + | Hme Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 516026733 | | M&t Credit Services Ll, 1100 Worley Drive, Consumer Asset Management 2nd Floor/Attn, Williamsville, NY 14221 |
| 516143805 | + | Maritza Luciano & Alberto Rodriguez, c/o Mark Gelfand Esq, 343 Thornaill St., STe 650, Edison NJ 08837-2258 |
| 516026735 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor acceptance, 8900 Freeport Pwy, Irving, TX 75063 |
| 516042108 | | Nissan Motor Acceptance Corporation, PO Box 660366 Dallas TX 75266-0366 |
| 516026737 | + | Nissan Motor acceptance, Po Box 660360, Dallas, TX 75266-0360 |
| 516026744 | + | Saxon Mortgage Service, 4708 Mercantile Dr N, Fort Worth, TX 76137-3605 |
| 516026745 | | Silhouettes, Alliance Data, 8035 Corvera, Lenexa, KS 66215 |
| 516026757 | | Synchrony Bank/GE Money, Attn: Bankruptcy, Po Box 103104, Alpharetta, GA 30005 |
| 516026758 | + | Synchrony Bank/GE Money, 345 Saint Peter St, Saint Paul, MN 55102-1211 |
| 516026769 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516026684 | | EDI: WFFC.COM | Jun 08 2021 00:08:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 516026683 | | EDI: HNDA.COM | Jun 08 2021 00:08:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 516026686 | + | EDI: AMEREXPR.COM | Jun 08 2021 00:08:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516026685 | + | EDI: AMEREXPR.COM | Jun 08 2021 00:08:00 | Amex, Correspondence, Po Box 981540, ElPaso, TX 79998-1540 |
| 516026688 | + | EDI: AMEREXPR.COM | Jun 08 2021 00:08:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 516026690 | + | EDI: BANKAMER.COM | Jun 08 2021 00:08:00 | Bank od America, 450 American St, Simi Valley, |

Case 16-13668-JKS    Doc 70    Filed 06/09/21    Entered 06/10/21 00:14:03    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 3180W | Total Noticed: 100 |

| Recipient ID | | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CA 93065-6285 |
| 516026689 | + | EDI: BANKAMER.COM | Jun 08 2021 00:08:00 | Bank od America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516026724 | | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Home Depot Credit Card, Processing Center, Des Moines, IA 50364 |
| 516026696 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank / Sears, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 516026697 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank / Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 516026694 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank / Sears, Citicard Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516026695 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516026699 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank Sears, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 516026698 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516026700 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 516026701 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank/Best Buy, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516026702 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 516026703 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516026704 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 516026705 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank / Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 516026708 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/Jessica London, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516026707 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/Jessica London, Po Box 182125, Columbus, OH 43218-2125 |
| 516026710 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/King Sizes, 4590 E Broad St, Columbus, OH 43213-1301 |
| 516026709 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/King Sizes, Po Box 182125, Columbus, OH 43218-2125 |
| 516026713 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/Metro, Po Box 182125, Columbus, OH 43218-2125 |
| 516026714 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/Metro, Po Box 182789, Columbus, OH 43218-2789 |
| 516026715 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/Roamans, Po Box 182125, Columbus, OH 43218-2125 |
| 516026716 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/Roamans, Po Box 182789, Columbus, OH 43218-2789 |
| 516026711 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Comenity Bank/mandee, Po Box 182125, Columbus, OH 43218-2125 |

| District/off: 0312-2 | | User: admin | | Page 3 of 6 |
|---|---|---|---|---|
| Date Rcvd: Jun 07, 2021 | | Form ID: 3180W | | Total Noticed: 100 |

| | | | | |
|---|---|---|---|---|
| 516026712 | + EDI: WFNNB.COM | | Jun 08 2021 00:08:00 | Comenity Bank/mandee, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 516026717 | + EDI: WFNNB.COM | | Jun 08 2021 00:08:00 | Comenity Bank/vctrssec, Po Box 182125, Columbus, OH 43218-2125 |
| 516026718 | + EDI: WFNNB.COM | | Jun 08 2021 00:08:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 516026719 | + EDI: BLUESTEM | | Jun 08 2021 00:08:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 516026720 | + EDI: BLUESTEM | | Jun 08 2021 00:08:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 516026726 | + EDI: HFC.COM | | Jun 08 2021 00:08:00 | Hsbc/seamn, 90 Christiana Road, New Castle, DE 19720-3118 |
| 516026725 | + EDI: HFC.COM | | Jun 08 2021 00:08:00 | Hsbc/seamn, Attention: HSBC Retail Services, Po Box 5264, Carol Stream, IL 60197-5264 |
| 516026727 | + Email/Text: EBN_Notifications@OWB.com | | Jun 07 2021 20:21:00 | IndyMac Bank/OneWest Bank, Attn:Bankruptcy Department, 2900 Esperanza Crossing, Austin, TX 78758-3658 |
| 516026728 | + Email/Text: EBN_Notifications@OWB.com | | Jun 07 2021 20:21:00 | IndyMac Bank/OneWest Bank, 6900 Beatrice Drive, Kalamazoo, MI 49009-9559 |
| 516026692 | EDI: JPMORGANCHASE | | Jun 08 2021 00:08:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516026693 | EDI: JPMORGANCHASE | | Jun 08 2021 00:08:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 516026730 | + Email/Text: PBNCNotifications@peritusservices.com | | Jun 07 2021 20:20:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 516026729 | + Email/Text: PBNCNotifications@peritusservices.com | | Jun 07 2021 20:20:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516073927 | Email/Text: camanagement@mtb.com | | Jun 07 2021 20:20:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516026732 | Email/Text: camanagement@mtb.com | | Jun 07 2021 20:20:00 | M & T Bank, 1100 Wehrle Drive, Buffalo, NY 14240 |
| 516026731 | Email/Text: camanagement@mtb.com | | Jun 07 2021 20:20:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 516394830 | Email/Text: camanagement@mtb.com | | Jun 07 2021 20:20:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516026734 | + Email/Text: camanagement@mtb.com | | Jun 07 2021 20:20:00 | M&t Credit Services Ll, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 516173758 | + EDI: MID8.COM | | Jun 08 2021 00:08:00 | Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 516265309 | Email/Text: Bankruptcy.Notices@pnc.com | | Jun 07 2021 20:20:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 516026739 | Email/Text: Bankruptcy.Notices@pnc.com | | Jun 07 2021 20:20:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285 |
| 516026738 | Email/Text: Bankruptcy.Notices@pnc.com | | Jun 07 2021 20:20:00 | Pnc Bank, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 516026740 | Email/Text: Bankruptcy.Notices@pnc.com | | Jun 07 2021 20:20:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 516270363 | EDI: PRA.COM | | Jun 08 2021 00:08:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516026743 | + Email/Text: bankruptcy@pseg.com | | Jun 07 2021 20:19:00 | PSE & G, P.O. Box 490, Cranford, NJ 07016-0490 |

Case 16-13668-JKS    Doc 70    Filed 06/09/21    Entered 06/10/21 00:14:03    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 3180W | Total Noticed: 100 |

| | | | |
|---|---|---|---|
| 519187295 | + Email/Text: bankruptcy@pseg.com | Jun 07 2021 20:19:00 | PSE&G, PO Box 490, Attn: Bankruptcy Dept., Cranford, NJ 07016-0490 |
| 516026742 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Project/gemb, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516026741 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Project/gemb, Po Box 103104, Roswell, GA 30076-9104 |
| 516200545 | EDI: Q3G.COM | Jun 08 2021 00:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 516026746 | + EDI: WFNNB.COM | Jun 08 2021 00:08:00 | Silhouettes, Po Box 182789, Columbus, OH 43218-2789 |
| 516026748 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 516026747 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Syncb/toysrus, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 516026750 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank / HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516026749 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank / HH Gregg, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516026751 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 103104, Roswell, GA 30076-9104 |
| 516026752 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 516026754 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/6th Ave Elec, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516026753 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/6th Ave Elec, Attention: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516026755 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/Care Credit, Attn: bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516026756 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516026759 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/Home Design, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516026760 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/Home Design, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516026761 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516026762 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/PC Richard, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516026763 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516026764 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516026766 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 516026765 | + EDI: RMSC.COM | Jun 08 2021 00:08:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 516026768 | + EDI: CITICORP.COM | Jun 08 2021 00:08:00 | The Home Depot/CBND, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516026767 | + EDI: CITICORP.COM | | |

Case 16-13668-JKS    Doc 70    Filed 06/09/21    Entered 06/10/21 00:14:03    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: 3180W | Total Noticed: 100 |

| | | | Jun 08 2021 00:08:00 | The Home Depot/CBND, Citicorp credit Services/Attn: Centraliz, P.O. Box 790040, St Louis, MO 63179-0040 |
|---|---|---|---|---|
| 516026771 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 516026772 | + | EDI: CITICORP.COM | Jun 08 2021 00:08:00 | Visa Dept Store National Bank, Po Box 8218, Mason, OH 45040-8218 |
| 516026774 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | World Financial Network National Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 516026773 | + | EDI: WFNNB.COM | Jun 08 2021 00:08:00 | World Financial Network National Bank, Wfnnb, Po Box 182686, Columbus, OH 43218-2686 |

TOTAL: 85

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516026691 | | Cap1/bstby |
| 516026706 | | Comenity Bank/brylnhme |
| cr | * | Nissan Motor Acceptance Corp., PO Box 660366, Dallas, TX 75266-0366 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |
| 516026736 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motor acceptance, Po Box 9001132, Louisville, KY 40290 |
| 516026721 | ##+ | First Data, 1307 Walt Whitman Rd, Melville, NY 11747-3011 |
| 516026770 | ##+ | Trident Asset Management, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 2 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| David G. Beslow | on behalf of Debtor Marcia Norine Brown-Rose yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

District/off: 0312-2     User: admin     Page 6 of 6
Date Rcvd: Jun 07, 2021     Form ID: 3180W     Total Noticed: 100

John R. Morton, Jr.
                    on behalf of Creditor Nissan Motor Acceptance Corp. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald
                    on behalf of Creditor Lakeview Loan Servicing  LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Mark Goldman
                    on behalf of Debtor Marcia Norine Brown-Rose yrodriguez@goldmanlaw.org
                    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org

Rebecca Ann Solarz
                    on behalf of Creditor Lakeview Loan Servicing  LLC rsolarz@kmllawgroup.com

TOTAL: 9